Commonwealth *v.* Saunders, Appellant.

Submitted November 8, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Clarence V. Saunders,* appellant, in propria persona.

No brief submitted for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.